Anthony Norman
3695 FM 3514
01718789/ Le Blanc
Beaumont, TX 77705

Clerk
15th Court of Appeals
300 W 15th St. Ste. 607
Austin, TX 78701

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JAN 17 2025

CHRISTOPHER A. PRINE
CLERK

Re: 15-24-00068-cv, Norman v. Collier, etal

Dear Clerk

I am making inquiry regarding my case. I can see that the case is still pending. Infact, I can see that the 15th COA has made NO DECISION other than agreeing to Dismiss cases upon consent of all parties.

So, I am asking for judicial action on my case. The legislature did not create the court for a place to send cases to wait, for nothing. Case law from the U.S. Supreme Court is extraordinarily clear.

Can I get a decision in a reasonable amount of time?

Thank you

Sincerly,

_[signature]_

Certificate of Service

I, Anthony Norman hereby certify that I have mailed a copy of this communication to the TX Attorney General on 13 Jan 2025.

_[signature]_

1718789 / Le Blanc
Anthony Norman
3695 FM 3514
Beaumont, TX 77705

HOUSTON TX RPDC 773

14 JAN 2025   PM 1   L



Clerh
15th Court of Appeals of Texas
300 W 15th St.   Ste. 607
Austin, TX 78701

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JAN 17 2025

CHRISTOPHER A. PRINE
CLERK

special Mail

78701-164900